UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $50,000.00 U.S. CURRENCY,<br><br>                   Defendant,<br><br>and<br><br>TRAVIS WOODRUFF and SHAWN McGINNIS,<br><br>                   Claimants. | NO: 2:17-CV-263-RMP<br><br>ORDER GRANTING MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE |

      Plaintiff, the United States of America, alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant currency captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

      The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1355.

ORDER GRANTING MOTION FOR ENTRY OF FINAL ORDER OF
FORFEITURE ~ 1

The Defendant property being sought for forfeiture is described as approximately $50,000.00 U.S. currency seized on or about March 17, 2017.

On August 9, 2017, the United States Marshals Service executed and filed the Warrant of Arrest *In Rem* with the Court. ECF No. 5.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning August 2, 2017, and ending August 31, 2017. ECF No. 10, 10-1, and 10-2. Based upon the internet publication start date of August 2, 2017, the last date to file a timely claim, if direct notice was not received, was October 1, 2017.

On or about August 23, 2017, Shawn McGinnis was served, via regular first-class mail and via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture *In Rem* (ECF No. 1), Warrant of Arrest *In Rem* (ECF No. 5), and Notice of Complaint for Forfeiture (ECF No. 6-1) at his last known address. Based upon the direct notice date of August 23, 2017, his deadline to file a timely claim was September 27, 2017. To date, no claim of interest has been received or filed with the Court, and the time allowed for filing of his claim has expired. On November 3, 2017, a Clerk's Order of Default was entered (ECF No. 14).

On or about August 23, 2017, Travis Woodruff was served, via regular first-class mail and via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture *In Rem* (ECF No. 1), Warrant of Arrest *In Rem* (ECF No. 5), and Notice of Complaint for Forfeiture (ECF No. 7-1) at his last known address. Based upon the direct notice date of August 23, 2017, his deadline to file a timely claim was September 27, 2017. To date, no claim of interest has been received or filed with the Court, and the time allowed for filing of his claim has expired. On November 3, 2017, a Clerk's Order of Default was entered (ECF No. 13).

No claims, timely or otherwise, have been received or filed with the Court, and the deadline for filing timely claims has passed.

It appearing to the Court that no claims, timely or otherwise, have been received or filed with the Court and the deadline for filing timely claims has passed;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff's Motion for Forfeiture of Property Re Entry of a final Order of Forfeiture, **ECF No. 17**, is **GRANTED**.

2. The Defendant property described as follows is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person:

-Approximately $50,000.00 U.S. currency seized on or about March 17, 2017.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall dispose of the forfeited Defendant property described herein in accordance with law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** December 22, 2017.

                                         *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                      United States District Judge